```
AMBER LYNN ESPINDOLA            HUNTER WARFIELD                 MIDLAND CREDIT MGMT
FRANCISCO JAVIER ESPINDOLA      ATTENTION: BANKRUPTCY           320 EAST BIG BEAVER
10900 E TAYLOR RD.              4620 WOODLAND CORPORA           TROY, MI 48083
APT G214                        TAMPA, FL 33614
GULFPORT, MS 39503


THOMAS C. ROLLINS, JR.          INTERNAL REVENUE SERVI          MS DEPT OF REVENUE
THE ROLLINS LAW FIRM, PLLC      CENTRALIZED INSOLVENCY          BANKRUPTCY SECTION
P.O. BOX 13767                  P.O. BOX 7346                   PO BOX 22808
JACKSON, MS 39236               PHILADELPHIA, PA 19101-7346     JACKSON, MS 39225-2808


AFFIRM, INC.                    INTERNAL REVENUE SERVI          NAVIENT
ATTN: BANKRUPTCY                C/O US ATTORNEY                 ATTN: BANKRUPTCY
650 CALIFORNIA ST               501 EAST COURT ST               PO BOX 9635
SAN FRANCISCO, CA 94108         STE 4.430                       WILKES BARRE, PA 18773
                                JACKSON, MS 39201


CAPITAL ONE                     JACOB LAW GROUP                 NAVY FEDERAL CU
ATTN: BANKRUPTCY                2623 WEST OXFORD LOOP           ATTN: BANKRUPTCY
P.O. BOX 30285                  OXFORD, MS 38655                PO BOX 3302
SALT LAKE CITY, UT 84130                                        MERRIFIELD, VA 22119


CREDIT ONE BANK                 JEFFERSON CAPITAL               PORTFOLIO RECOVERY
6801 CIMARRON RD                ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
LAS VEGAS, NV 89113             200 14TH AVE E                  120 CORPORATE BLVD
                                SARTEKK, MN 56377               NORFOLK, VA 23502


CREDIT ONE BANK                 KOHL'S                          REPUBLIC FINANCE
6801 CIMARRON RD                PO BOX 3043                     ATTN: BANKRUPTCY
6801 CIMARRON RD                MILWAUKEE, WI 53201             7031 COMMERCE CIRCLE
LAS VEGAS, NV 89113                                             BATON ROUGE, LA 70809


EDFINANCIAL SERVICES L          LVNV FUNDING                    SANTANDER CONSUMER USA
120 N SEVEN OAKS DRIVE          ATTN: BANKRUPTCY                1601 ELM ST
KNOXVILLE, TN 37922             PO BOX 10497                    STE 800
                                GREENVILLE, SC 29603            DALLAS, TX 75201


GENESIS FS CARD                 MERRICK BANK CORP               SINGING RIVER MEDICAL
ATTN: BANKRUPTCY                PO BOX 9201                     15200 COMMUNITY RD
PO BOX 4477                     OLD BETHPAGE, NY 11804          GULFPORT, MS 39503
BEAVERTON, OR 97076


HOLMES MOTORS                   MIDLAND CREDIT MGMT             SYNCHRONY BANK
10651 BONEY AVE                 ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
DIBERVILLE, MS 39540            PO BOX 939069                   PO BOX 965064
                                SAN DIEGO, CA 92193             ORLANDO, FL 32896
```

```
SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


UPSTART NETWORK INC.
P.O. BOX 1503
SAN CARLOS, CA 94070


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


WEBBANK/ONEMAIN
ATTN: BANKRUPTCY
215 SOUTH STATE ST
STE 1000
SALT LAKE CITY, UT 84111


WESTLAKE FINANCIAL S
ATTN: BANKRUPTCY
PO BOX 76809
LOS ANGELES, CA 90054


WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 76809
LOS ANGELES, CA 90054


WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232
```