IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE   AMBER LYNN ESPINDOLA and**       **FRANCISCO JAVIER ESPINDOLA** | **CHAPTER 13**       **Case No. 25-50928-KMS** |

### TRUSTEE'S MOTION TO DISMISS DEBTOR, AMBER LYNN ESPINDOLA

COMES NOW the Chapter 13 Trustee, by and through undersigned counsel, and files this Motion to Dismiss Debtor, Amber Lynn Espindola, and in support hereof, would show unto this Honorable Court the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b).

**2.**

The Debtors filed for relief under Chapter 13 on June 26th, 2025.  Debtors' §341 was held July 25th, 2025.

**3.**

On August 20th, 2025, the Internal Revenue Service filed proof of claim no. 23-1. The claim reflects unfiled federal income tax returns for Debtor, Amber Lynn Espindola for 2022 and 2023.

**4.**

Based upon the foregoing, the Trustee moves to dismiss Debtor, Amber Lynn Espindola from this Chapter 13 case in accordance with 11 U.S.C. §1307(e).

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Motion to Dismiss be received and filed and that an order be entered dismissing Amber Lynn Espindola from the instant Chapter 13 case, and prays for such other, further, and general relief to which the Trustee may be entitled.

DATED, this the  28th   day of   August   2025.

Respectfully submitted,

s/ _____
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

1

2

## CERTIFICATE OF SERVICE

    I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Motion to Dismiss to:

David Asbach, Esq., United States Trustee      USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., Attorney for Debtors      trollins@therollinsfirm.com

    DATED this the __28th__ day of __August__ 2025.

/s/ _____
    PHILLIP BRENT DUNNAWAY
    MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

2