# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50928  **Case Name:** Amber Lynn Espindola and Francisco Javier Espindola

**Set:** 09/04/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)