

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: September 16, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AMBER LYNN ESPINDOLA and FRANCISCO JAVIER ESPINDOLA | CHAPTER 13 Case No. 25-50928-KMS |

## ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS DEBTOR, AMBER LYNN ESPINDOLA (DKT. 19)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Dismiss Debtor, Amber Lynn Espindola (Dkt. 19), and the Court being advised that the Trustee requests that his motion be deemed withdrawn, based upon the IRS amending its proof of claim to reflect that Debtor's federal income tax returns for 2022 and 2023 have now been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss Debtor, Amber Lynn Espindola (Dkt. 19) is hereby deemed withdrawn.

##END OF ORDER##

Order Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749