United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50928-KMS
Amber Lynn Espindola  Chapter 13
Francisco Javier Espindola
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Sep 16, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Amber Lynn Espindola, Francisco Javier Espindola, 10900 E Taylor Rd., Apt G214, Gulfport, MS 39503-4080

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

**Name**     **Email Address**

Phillip Brent Dunnaway
    on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com

Robert Alan Byrd
    on behalf of Creditor Holmes Motors Inc. rab@byrdwiser.com, wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Amber Lynn Espindola trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Francisco Javier Espindola trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf012 | Total Noticed: 1 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 6

SO ORDERED,

*[signature]*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: September 16, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AMBER LYNN ESPINDOLA and FRANCISCO JAVIER ESPINDOLA | CHAPTER 13<br>Case No. 25-50928-KMS |

### ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS DEBTOR, AMBER LYNN ESPINDOLA (DKT. 19)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Dismiss Debtor, Amber Lynn Espindola (Dkt. 19), and the Court being advised that the Trustee requests that his motion be deemed withdrawn, based upon the IRS amending its proof of claim to reflect that Debtor's federal income tax returns for 2022 and 2023 have now been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss Debtor, Amber Lynn Espindola (Dkt. 19) is hereby deemed withdrawn.

##END OF ORDER##

Order Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749