United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50928-KMS
Amber Lynn Espindola     Chapter 13
Francisco Javier Espindola
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 4
Date Rcvd: Sep 17, 2025     Form ID: n031     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amber Lynn Espindola, Francisco Javier Espindola, 10900 E Taylor Rd., Apt G214, Gulfport, MS 39503-4080 |
| 5526575 | + | Holmes Motors, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5526592 | + | Singing River Medical, 15200 Community Rd, Gulfport, MS 39503-3085 |
| 5526600 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |
| 5557866 | | Wilshire Commercial Capital, LLC dba, Wilshire Consumer Credit, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Sep 17 2025 19:35:00 | Holmes Motors, Inc., c/o Byrd & Wiser, PO Drawer 1939, Biloxi, MS 39533-1939 |
| 5526569 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 17 2025 19:36:51 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5526570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 19:36:52 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5526572 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2025 19:36:51 | Credit One Bank, 6801 Cimarron Rd, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5526571 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2025 19:36:55 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5526577 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2025 19:35:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5526573 | + | Email/Text: EBN@edfinancial.com | Sep 17 2025 19:35:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5526574 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 17 2025 19:35:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5526576 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Sep 17 2025 19:35:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corpora, Tampa, FL 33614-2415 |
| 5526578 | + | Email/Text: ebone.woods@usdoj.gov | Sep 17 2025 19:35:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5545211 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2025 19:35:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5526579 | ^ | MEBN | Sep 17 2025 19:29:49 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5526580 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2025 19:35:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |

| | | | | |
|---|---|---|---|---|
| 5526581 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Sep 17 2025 19:36:47 | Kohl's, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5527677 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 17 2025 19:36:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5526582 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 17 2025 19:36:47 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5532669 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 17 2025 19:36:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5526586 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | | |
| | | | Sep 17 2025 19:35:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5526583 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 17 2025 19:36:47 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5555371 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 17 2025 19:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5526585 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 17 2025 19:35:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 5526584 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 17 2025 19:35:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5526587 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Sep 17 2025 19:36:55 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5526588 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Sep 17 2025 19:35:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5555635 | | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Sep 17 2025 19:35:00 | Navy Federal Credit Union, Attn Bankruptcy, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5528246 | + | Email/PDF: cbp@omf.com | | |
| | | | Sep 17 2025 19:36:50 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5540550 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 17 2025 19:36:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5526589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 17 2025 19:36:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5546516 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 17 2025 19:35:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5559552 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 17 2025 19:35:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5533858 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 17 2025 19:35:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5526590 | | Email/Text: bankruptcy@republicfinance.com | | |
| | | | Sep 17 2025 19:35:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5528522 | | Email/Text: bankruptcy@republicfinance.com | | |
| | | | Sep 17 2025 19:35:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5531016 | + | Email/Text: wrs@byrdwiser.com | | |
| | | | Sep 17 2025 19:35:00 | Robert Alan Byrd, Esq., Byrd & Wiser, for Holmes Motors, PO Box 1939, Biloxi MS 39533-1939 |
| 5526591 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Sep 17 2025 19:35:00 | Santander Consumer USA, 1601 Elm St, Ste 800, Dallas, TX 75201-7260 |
| 5530481 | | ^ MEBN | | |
| | | | Sep 17 2025 19:30:10 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5526594 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 17 2025 19:36:47 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: n031 | Total Noticed: 50 |

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| 5526593 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2025 19:36:47 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5526596 | ^ | MEBN | Sep 17 2025 19:30:01 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5534632 | + | Email/Text: EBN@edfinancial.com | Sep 17 2025 19:35:00 | US Department of Education, Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5526595 | + | Email/Text: LCI@upstart.com | Sep 17 2025 19:35:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |
| 5526597 | + | Email/PDF: cbp@omf.com | Sep 17 2025 19:36:50 | WebBank/OneMain, Attn: Bankruptcy, 215 South State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5526598 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 17 2025 19:35:00 | Westlake Financial S, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 5526599 | ^ | MEBN | Sep 17 2025 19:29:50 | Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 5538756 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2025 19:36:51 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5527678 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5527679 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Holmes Motors Inc. rab@byrdwiser.com, wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Amber Lynn Espindola trollins@therollinsfirm.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Sep 17, 2025 | Form ID: n031 | Total Noticed: 50 |

| | |
|---|---|
| | jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Francisco Javier Espindola trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50928−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Amber Lynn Espindola<br>fka Amber Lynn Frabott<br>10900 E Taylor Rd.<br>Apt G214<br>Gulfport, MS 39503 | Francisco Javier Espindola<br>aka Francisco Javier Espindola−Molina,<br>aka Francisco J Espindola<br>10900 E Taylor Rd.<br>Apt G214<br>Gulfport, MS 39503 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 09/17/2025 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 17, 2025

Danny L. Miller, Clerk of Court