_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 9, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:  AMBER LYNN EXPINDOLA**                    **CHAPTER 13**
**FRANCISCO JAVIER ESPINDOLA**                  **CASE NO. 25-50928-KMS**

<u>**ORDER RELEASING EARNINGS OF DEBTOR**</u>
<u>**AMBER LYNN EXPINDOLA SSN# XXX-XX-9266**</u>

THE ORDER **(Dkt. 12)** heretofore entered in these proceedings by which the debtor's employer:

**CAPTAIN AL'S**
**PO BOX 10390**
**GULFPORT, MS  39505**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

<u>**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**</u>

**##END OF ORDER##**