**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

IN RE:                                                    **CHAPTER 13**
**AMBER LYNN ESPINDOLA**                **CASE NO.:  25-50928-KMS**
**FRANCISCO JAVIER ESPINDOLA**

**TRUSTEE'S NOTICE & MOTION TO DISMISS CASE FOR NON-PAYMENT**

**PLEASE TAKE NOTICE** that a written Response to the Trustee's Notice and Motion to Dismiss Case for Non-Payment must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days of the date of this Notice.  Failure to timely file a Response will result in case dismissal.  A Response will result in the Motion being set for hearing on:  **Thursday, June 4th, 2026, at 10:00 a.m**., at the foregoing Court location, 7th Floor, Bankruptcy Courtroom.

1.  The Chapter 13 Trustee moves to dismiss the instant case for non-payment.   Debtor(s) current plan payment **default through March 2026 totals $1,430.00.**

**WHEREFORE PREMISES CONSIDERED** the Trustee requests dismissal of the instant case for failure to make plan payments as required by 11 U.S.C. § 1307.

**CERTIFICATE OF SERVICE**

I, **WARREN A. CUNTZ, JR.,** Chapter 13 Trustee, certify that I have served electronically a true and correct copy of the above Notice and Motion to Dismiss Case for Non-Payment to:

**David W. Ashbach, Esq., United States Trustee**          **USTPRegion05.JA.ECF@usdoj.gov**
**Thomas Carl Rollins, Jr., Esq., Atty for Debtor(s)**      **trollins@therollinsfirm.com**

DATED this the 16th day of April 2026.

/s/ Warren A. Cuntz, Jr.
   Chapter 13 Trustee
   P O Box 3749
   Gulfport, MS 39505-3749
   Tel: (228) 831-9531
   Fax: (228) 831-9902
   Email:  wcuntzcourt@gport13.com