**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Amber Lynn Espindola                    Case No. 25-50928-KMS
          Francisco Javier Espindola, Debtor(s)        CHAPTER 13

**NOTICE OF CHANGE OF ADDRESS FOR JOINT DEBTOR**

Please take notice that Joint Debtor has a new mailing address. The new mailing address for Francisco Javier Espindola is:

**New Mailing Address:**                    2233 5TH Ave.
                                            Gulfport, MS 39501

Date:  May 12, 2026

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533