**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Amber Lynn Espindola               Case No. 25-50928-KMS
        Francisco Javier Espindola, Debtor(s)        CHAPTER 13

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

Please take notice that Debtor has a new mailing address. The new mailing address for Amber Lynn Espindola is:

**New Mailing Address:**               119 Ralph Drive
                                          Gulfport, MS 39503

Date:  May 12, 2026

                                /s/ Thomas C. Rollins, Jr.
                                Attorney for Debtor

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

                                /s/ Thomas C. Rollins, Jr.
                                Attorney for Debtor

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533