B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re   AMBER LYNN ESPINDOLA and FRANCISCO JAVIER ESPINDOLA   ,          Case No.   6-25-BK-50928

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| LVNV Funding LLC | ONEMAIN FINANCIAL GROUP, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: LVNV Funding LLC
PO Box 10587
Greenville SC 29603-0587

Court Claim # (if known): _____4_____
Amount of Claim: _____1,495.25_____
Date Claim Filed: _____7/1/2025_____

Phone:   (877) 264-5884
Last Four Digits of Acct #: _____2654_____

Phone: _____
Last Four Digits of Acct. #: _____2654_____

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Phone:   (877) 264-5884
Last Four Digits of Acct #: _____2654_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David Lamb_____          Date:  5/8/2026_____
      Transferee/Transferee's Agent
      (877) 264-5884

      AskBK@resurgent.com

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.