United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-50928-KMS

Amber Lynn Espindola                                                        Chapter 13

Francisco Javier Espindola

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                         User: mssbad                                   Page 1 of 2

Date Rcvd: May 14, 2026                Form ID: n001                        Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol            Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amber Lynn Espindola, 119 Ralph Drive, Gulfport, MS 39503-3429 |
| jdb | + | Francisco Javier Espindola, 2233 5th Ave., Gulfport, MS 39501-3355 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | | May 14 2026 19:38:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5528246 | + | Email/PDF: cbp@omf.com | May 14 2026 19:38:10 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Holmes Motors  Inc. rab@byrd-wiser.com, wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: May 14, 2026        Form ID: n001        Total Noticed: 4

Thomas Carl Rollins, Jr

on behalf of Debtor Amber Lynn Espindola trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Francisco Javier Espindola trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Amber Lynn Espindola                                        **Case No.:**25−50928−KMS
       Francisco Javier Espindola

                                                            **Chapter** 13

**To:**  Assignee/Transferee                                        **To:**  Assignor/Transferor

    LVNV Funding LLC                                        OneMain Financial Group, LLC
    PO Box 10587                                        PO Box 981037
    Greenville, SC 29603−0587                            Boston, MA 02298

### Notice of Assignment/Transfer of Claim

    **Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that OneMain Financial Group, LLC has assigned/transferred its claim in the amount of $902.54 to LVNV Funding LLC.

    **Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **June 4, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

    **Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: May 14, 2026                          Danny L. Miller, Clerk of Court
                                         Dan M. Russell, Jr. U.S. Courthouse
                                       2012 15th Street, Suite 244
                                         Gulfport, MS 39501

                                         228−563−1790