United States Bankruptcy Court

Southern District of Mississippi

In re:

Amber Lynn Espindola

Francisco Javier Espindola

  Debtors

Case No. 25-50928-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6        User: mssbad        Page 1 of 2

Date Rcvd: Jul 13, 2026        Form ID: pdf012        Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amber Lynn Espindola, 119 Ralph Drive, Gulfport, MS 39503-3429 |
| jdb | + | Francisco Javier Espindola, 2233 5th Ave., Gulfport, MS 39501-3355 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | |
| | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | |
| | on behalf of Creditor Holmes Motors Inc. rab@byrd-wiser.com, wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Debtor Amber Lynn Espindola trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Joint Debtor Francisco Javier Espindola trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: Jul 13, 2026        Form ID: pdf012        Total Noticed: 2

United States Trustee

       USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

       wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 6



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **AMBER LYNN ESPINDOLA** | **CASE NO.:  25-50928 KMS** |
| **FRANCISCO JAVIER ESPINDOLA** | |

**\*\*AMENDED\*\*ORDER UPON DEBTOR(S) DIRECTING PAYMENTS TO TRUSTEE**

**IT APPEARING TO THE COURT** that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.[1]  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

| | |
|---|---|
| **Amber Lynn Espindola** | **Francisco Javier Espindola** |
| **119 Ralph Drive** | **2233 5th Ave.** |
| **Gulfport, MS 39503** | **Gulfport, MS 39501** |

are *directed to pay the* amended sum of **\*\*$550.00\*\*per month effective with the payment due before noon on July 30th, 2026.**    Payments can be made through **TFSbillpay.com** or by **CERTIFIED FUNDS**. **Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely**.   Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor(s) are released from making further plan payments.

**##END OF ORDER##**

---

1 Adjusted plan payment due to AO Deny (Dk. 44).  **Split portion $275.00 each.**